UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE CAMPBELL,<br><br>                                Plaintiff,<br><br>v.<br><br>DOUGLAS PRODUCTS AND PACKAGING COMPANY LLC,<br><br>                              Defendant. | 21-CV-07920 (PMH)<br><br>19-CV-03017 (PMH)<br><br>ORDER |

PHILIP M. HALPERN, United States District Judge:

       Counsel for all parties appeared via telephone for a pre-motion conference on January 6, 2022 at 4:30 p.m. The Fifth Amended Civil Case Discovery Plan and Scheduling Order (the "Order") issued in the consolidated case captioned *Campbell v. Plant Health Intermediate, Inc.*, No. 19-CV-03017 (*see* Case No. 19-CV-03017, Doc. 101), shall apply to the case captioned *Campbell v. Douglas Products and Packaging Company LLC*, No. 21-CV-07920. The Court denies defendants Douglas Products and Packaging Company LLC and Plant Health Intermediate, Inc.'s request for leave to move for summary judgment without prejudice to renewal at the close of discovery. By January 20, 2022, the parties in Case No. 21-CV-07920 and Case No. 19-CV-03017 are directed to (1) meet and confer regarding resolution of all matters before this Court (2) file a letter (not to exceed two pages, double-spaced) advising the Court of (i) the length and time of the parties' discussions, and (ii) the outcome of such discussions.

       The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Case No. 19-CV-03017, Doc. 107.

Dated: White Plains, New York
       January 7, 2022

SO ORDERED.

_____
Philip M. Halpern
United States District Judge