

July 27, 2022

> Application granted. The Court will docket a revised Civil Case Discovery Plan and Scheduling Order separately. No further extensions will be granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 126.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 28, 2022

**VIA ECF**

Honorable Philip M. Halpern, U.S.D.J.
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York  10601

    Re:    Plant Health Intermediate, Inc. v. Campbell (Request for extension of remaining deadlines)
           Case Nos. 19-CV-3017, 20-CV-07249, and 21-cv-07920

Dear Judge Halpern:

The parties file this joint letter-motion in the above referenced actions to request a brief extension of the close of discovery and expert discovery deadlines, currently set for July 29, 2022.

All expert reports and rebuttal reports have been exchanged by the parties. Pursuant to the court's sixth scheduling order of February 15, 2022, all expert depositions are to be completed by July 29, 2022. The parties respectfully request that this deadline, as well as the end date for discovery, be extended to August 11, 2022, to accommodate the schedules of the parties' expert witnesses.

We note that the court has scheduled a case management conference for August 29, 2022 at 11 a.m.

The purpose for this request to extend the deadline to conduct expert depositions and the end date for discovery is so that the parties can accommodate the schedules of the expert witnesses, and to allow sufficient time to comply with Fed. R. Civ. P. 56(b) and this Court's Rules and Individual Practices after the conclusion of expert depositions.

A proposed order is attached. Thank you for your consideration of this request.

1133 Westchester Avenue  |  White Plains, NY 10604  |  p 914.323.7000  |  f 914.323.7001  |  wilsonelser.com

Albany, NY  |  Atlanta, GA  |  Austin, TX  |  Baltimore, MD  |  Beaumont, TX  |  Birmingham, AL  |  Boston, MA  |  Charlotte, NC  |  Chicago, IL  |  Dallas, TX  |  Denver, CO
Detroit, MI  |  Edwardsville, IL  |  Florham Park, NJ  |  Garden City, NY  |  Hartford, CT  |  Houston, TX  |  Jackson, MS  |  Las Vegas, NV  |  London, England  |  Los Angeles, CA
Louisville, KY  |  McLean, VA  |  Merrillville, IN  |  Miami, FL  |  Milwaukee, WI  |  Nashville, TN  |  New Orleans, LA  |  New York, NY  |  Orlando, FL  |  Philadelphia, PA  |  Phoenix, AZ
Raleigh, NC  |  San Diego, CA  |  San Francisco, CA  |  Sarasota, FL  |  Seattle, WA  |  Stamford, CT  |  St. Louis, MO  |  Washington, DC  |  West Palm Beach, FL  |  White Plains, NY

Correcting:

Honorable Philip M. Halpern, U.S.D.J.
Page 2

                Respectfully submitted,

                Wilson Elser Moskowitz Edelman & Dicker LLP

                *Joseph P. Wodarski*

                Joseph P. Wodarski

cc:    John K. Power, Esq.

       Mark T. Benedict, Esq.

       Fred Weinstein, Esq. (via ECF)
       *Counsel for Plaintiff*