WILSON ELSER

> Application granted. The Court will accept the parties' revised Rule 56.1 statement.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 138.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 12, 2022

October 11, 2022

Honorable Philip M. Halpern, U.S.D.J.
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Re:  Request for Two Page Extension for Joint Rule 56.1 Statement of Facts Related to: (1) Campbell v. Plant Health Intermediate, Inc., Case No.: 19-cv-03017; (2) Plant Health Intermediate, Inc. v. Campbell, et al., Case No.: 20-cv-07249; (3) Campbell v. Douglas Products and Packaging Company LLC, Case No.: 21-cv-07920

Dear Judge Halpern:

The parties are submitting their joint request to extend the page limitation of their Joint Rule 56.1 Statement of Facts from 25 to 27 pages. In support of the joint request, the parties state that the request is reasonable because the statement sets forth the material facts and responses for both parties' requested motions for summary judgment. Even though Rule 4.E.(iii) of this Court's individual Practices requires that the factual statements and responses not exceed 25 pages, the Rule appears to contemplate that the twenty-five page limitation be for one motion. Here, the parties' 27-page Rule 56.1 statement pertains to two potential motions and the responses to the proposed motions. The parties jointly reviewed this Court's opinion in *Emmanuel v. Gap, Inc.* and worked together to limit the Rule 56.1 statement as much as possible and in the style set out by the court. Because the parties' joint Rule 56.1 Statement pertains to both motions, the two page extension is not onerous or dismissive of the Rules of Individual Practices.

For these reasons, the Parties jointly request an extension of the page limitation from 25 pages to 27 pages.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

275503120v.1

                            Respectfully submitted,

                            Wilson Elser Moskowitz Edelman & Dicker LLP

                            *Joseph P. Wodarski*

                            Joseph P. Wodarski

cc:    John K. Power, Esq.
        Fred Weinstein, Esq. (via ECF)
        *Counsel for Plaintiff*