UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE CAMPBELL, as Seller Representative,

Plaintiff,

-against-

DOUGLAS PRODUCTS AND PACKAGING COMPANY LLC and PLANT HEALTH INTERMEDIATE, INC.,

Defendant.

**ORDER**

21-CV-07920 (PMH)

PHILIP M. HALPERN, United States District Judge:

Douglas Products and Packaging Company LLC ("Douglas") sought summary judgment pursuant to Fed. R. Civ. P. 56 in the following actions to which it is not a party—*Campbell v. Plant Health Intermediate, Inc.*, 19-CV-03017 and *Plant Health Intermediate, Inc. v. Campbell, et al.*, 20-cv-07249. As a result, Douglas is directed to, by **March 5, 2024 at 5:00 p.m.**, file an Amended Notice of Motion identifying with specificity which claims for relief and/or counterclaims in this action are subject of its motion for summary judgment.

**SO ORDERED:**

Dated: White Plains, New York
March 1, 2024

_____
PHILIP M. HALPERN
United States District Judge